No. 57, Misc. SIMMONS *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Thomas D. Caldwell* for petitioner. *Carl B. Shelley* for respondent.

No. 96, Misc. DARCY *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Thomas D. McBride* for petitioner. *Willard S. Curtin* for respondent.

No. 102, Misc. PENNSYLVANIA EX REL. DARCY *v.* HANDY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. *Thomas D. McBride* for petitioner. *Willard S. Curtin* for respondent. Reported below: See 362 Pa. 259, 66 A. 2d 663.

No. 107, Misc. SCHNEIDER *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Charles A. Horsky* for petitioner. *John W. Metzger,* Attorney General of Colorado, and *Raymond B. Danks,* Assistant Attorney General, for respondent. Reported below: See 118 Colo. 543, 199 P. 2d 873.

No. 151, Misc. PERKINS *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. Smith Troy,* Attorney General of the State of Washington, and *John D. Blankinship,* Assistant Attorney General, for respondent. Reported below: See 32 Wash. 2d 810, 204 P. 2d 207.

No. 156, Misc. BARMORE *v.* FOSTER, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Herman N. Harcourt* and *George A. Radz,* Assistant Attorneys General, for respondent.